PHILLIP A. TALBERT
Acting United States Attorney
CHRISTINA MCCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

Attorneys for Plaintiff
United States of America

**FILED**
Apr 30, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO. 2:21-sw-0365 AC |
|---|---|
| 1209 El Portal Street, Tracy, CA 95376 | [PROPOSED] SEALING ORDER |
| | **UNDER SEAL** |

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

The search warrant, application, and supporting affidavit in the above-entitled matter, together with this Court's sealing order, be kept under seal until further order of the Court, or until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be produced to defense counsel. The executing agents or officers are permitted to provide a copy of the search warrant as required by Federal Rule of Criminal Procedure 41(f). The Clerk's office may provide copies of the application, search warrant and supporting affidavit to the U.S. Attorney's Office and to federal and state/local law enforcement officers involved in executing the search, including forensic experts. The U.S. Attorney's Office may provide a copy of the search warrant and affidavit to the defense attorney in discovery, without further order of this Court, if federal criminal charges arise out of this investigation.

Dated: April 30, 2021



ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] SEALING ORDER